IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LUIS THOMAS, SR., | No. 4:18-CV-00812 |
| Plaintiff, | (Judge Brann) |
| v. | |
| COL. TYREE C. BLOCKER, *et al.*, | |
| Defendants. | |

## ORDER

APRIL 13, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for judgment on the pleadings (Doc. 84) is **GRANTED**;

2. Judgment is entered in favor of Defendants and against Plaintiffs; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge