# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL LUIS THOMAS, SR. | : | No. 4:18-CV-812 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| COL. TYREE C. BLOCKER, et al. | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($_____), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of Defendants and against Plaintiff.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to April 13, 2021 Memorandum, Opinion and Order.


Dated: 4/13//2021          Peter Welsh, Clerk of Court
                           By: s/Lisa A. Gonsalves, deputy